UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Donville James,                                             Civil No. 11cv02609 PJS/JJK

    Petitioner,

v.                                                                         **ORDER**

B.R. Jett,

    Respondent.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 5, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is DENIED; and

2. This action is summarily DISMISSED FOR LACK OF JURISDICTION.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  10/31/11

                                        s/Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge